511

PER CURIAM.

(No. 74-CC-808—Claimant )

MOBIL OIL CORPORATION, Claimant, *vs.* STATE OF ILLINOIS, VETERANS' COMMISSION, Respondent.

*Opinion filed June 27, 1974.*

GIFFIN, WINNING, LINDER, NEWKIRK, COHEN, BODEWES & NARMONT, Attorney for Claimant.

WILLIAM J. SCOTT, Attorney General; HOWARD W. FELDMAN, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 6329—Claimant )

MOORE BUSINESS FORMS, I*nc.*, Claimant, *vs.* STATE OF ILLINOIS, SECRETARY OF STATE, Respondent.

*Opinion filed June 27, 1974.*

MOORE BUSINESS FORMS, INC., Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; DOUGLAS G. OLSON, Assistant Attorney General, for Respondent.

PER CURIAM.